UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| ELIZABETH GRAY, individually and on behalf of all other persons similarly situated who were employed by GOOD SHEPHERD FAIRVIEW HOME, INC. and/or any other entities affiliated with or controlled by GOOD SHEPHERD FAIRVIEW HOME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOD SHEPHERD FAIRVIEW HOME, INC., and any related entities, <br><br> Defendant. | CIVIL ACTION <br><br> CASE NO: <br><br> No. 3:21-CV-1096 (DNH/ML) <br><br><br><br> **NOTICE OF MOTION** |

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on September 30, 2022, and upon all prior papers and proceedings herein, Plaintiff by her undersigned attorneys, will move before the Honorable Judge David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 10 Broad St. Utica, NY 13501, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: September 30, 2022

                                        */s/ Frank S. Gattuso*
                                        Frank S. Gattuso
                                        GATTUSO & CIOTOLI, PLLC
                                         The White House
                                         7030 E. Genesee Street
                                         Fayetteville, New York 13066
                                         (315) 314-8000
                                         fgattuso@gclawoffice.com
                                         *Attorneys for Plaintiff Settlement Class*