UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| ELIZABETH GRAY, individually and on behalf of all other persons similarly situated who were employed by GOOD SHEPHERD FAIRVIEW HOME, INC. and/or any other entities affiliated with or controlled by GOOD SHEPHERD FAIRVIEW HOME, INC.,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>GOOD SHEPHERD FAIRVIEW HOME, INC., and any related entities,<br><br>                                  Defendant. | CIVIL ACTION<br>CASE NO: 3:21-cv-1096<br>(DNH/ML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on January 30, 2023, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 10 Broad Street, Utica, New York 13501, on February 22, 2023, for final approval of the class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: February 6, 2023

                                                  */s/ Frank S. Gattuso*
                                                  Frank S. Gattuso
                                                  GATTUSO & CIOTOLI, PLLC
                                                  The White House
                                                  7030 E. Genesee Street
                                                  Fayetteville, New York 13066
                                                  (315) 314-8000
                                                  fgattuso@gclawoffice.com
                                                  *Attorneys for Plaintiff Settlement Class*